```
                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| TEAMSTERS PENSION FUND OF PHILADELPHIA AND VICINITY and TEAMSTERS HEALTH & WELFARE FUND OF PHILADELPHIA AND VICINITY,<br><br>          Plaintiffs,<br><br>     v.<br><br>AMERICAN HELPER, INC.,<br><br>          Defendant. | HON. JEROME B. SIMANDLE<br><br>Civil No. 11-624 (JBS/JS)<br><br>**ORDER FOR DEFAULT JUDGMENT** |

This matter comes before the Court on Plaintiffs' Amended Motion for Default Judgment against Defendant [Docket Item 13]; and there being no filing of any kind by Defendant after default that was duly entered on March 30, 2011; and the Court having reviewed moving papers and for good cause shown pursuant to Fed. R. Civ. P. Rule 55(b);

   IT IS, this ___**5th**___ day of **October, 2011,** hereby

   ORDERED that Plaintiffs' motion for default judgment is **GRANTED** and **JUDGMENT** be entered in favor of Plaintiffs on all counts of the Complaint; and it is further

   ORDERED that **JUDGMENT** be **ENTERED** in the amount of $8,871.26 which includes $6,004.22 in liquidated damages, $2,330.00 in attorney fees and $537.04 in costs in favor of Teamsters Health & Welfare Fund of Philadelphia and Vicinity

and Teamsters Pension Fund of Philadelphia Vicinity against the Defendant American Helper, Inc.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      U.S. District Judge